# EXHIBIT 2

## DECLARATION OF RANDALL LANDES
### VICE CHAIRMAN OF THE BOARD OF TRUSTEES FOR THE FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST

RANDALL LANDES, pursuant to 28 U.S.C. 1746, declares as follows:

1. I, Randall Landes, Vice Chairman of the Board of Trustees for the Firefighters' Pension System of the City of Kansas City, Missouri Trust (hereinafter referred to as the "Kansas City Firefighters' Pension Fund" or the "Pension System"), respectfully submit this declaration in support of the application of the Kansas City Firefighters' Pension Fund to be appointed lead plaintiff in this case pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am familiar with the facts set forth herein, and if called as a witness could testify competently thereto.

2. The Kansas City Firefighters' Pension Fund is a contributory defined benefit plan established pursuant to the Administrative Code of the City of Kansas City, Missouri. The Kansas City Firefighters' Pension Fund is governed by a seven member board of trustees. All of the City's fire suppression personnel participate in the Pension System as a condition of their employment. The Pension System has approximately 1800 active and retired members.

3. In the fall of 2006, the Kansas City Firefighters' Pension Fund determined that it would engage the services of a nationally recognized securities litigation law firm to serve as its securities counsel. The Pension System issued a request for information from securities litigation law firms throughout the country. After careful review of the qualifications of the law firms that responded to the request for information, the Board of Trustees for the Kansas City Firefighters' Pension Fund selected Carney Williams Bates Bozeman & Pulliam, PLLC (hereinafter referred to as "Carney Williams") as its securities counsel. As such the Kansas City Firefighters' Pension

Fund has engaged the services of Carney Williams for approximately three years.

    4.  The Kansas City Firefighters' Pension Fund has reviewed the claims against STEC, Inc. and certain of its officers and directors (hereinafter referred to as "Defendants"). Additionally, the Kansas City Firefighters' Pension Fund has been briefed by and discussed with Carney Williams the allegations in the pending cases against the Defendants, the impact of the alleged fraud on the Pension System's investment holdings, as well as the duties required of a lead plaintiff in a federal securities fraud class action.

    5.  The Kansas City Firefighters' Pension Fund understand that one of the purposes for the PSLRA was to encourage institutional investors with meaningful losses to step forward and become involved in leading securities class actions. As such the Kansas City Firefighters' Pension Fund is willing to manage and oversee this litigation. The Kansas City Firefighters' Pension Fund will remain fully informed concerning the status and progress of this case, the strengths and weaknesses of this case, and the prospects for settlement. As lead plaintiff, the Kansas City Firefighters' Pension Fund will consult with class counsel in advance with respect to each major litigation event, such as important motions, settlement discussions, trial and trial preparation, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of counsel's advice. To the extent necessary, either I or other members of the board of trustees, or others as may be designated by the Kansas City Firefighters' Pension Fund will attend major hearings and trial.

    6.  The Board of Trustees of the Kansas City Firefighters' Pension Fund has authorized Carney Williams to file the instant motion with the court to be appointed lead plaintiff in this action. The Board of Trustees has been advised of their duties as lead plaintiff in a federal

securities class Action.

7. As lead plaintiff, the Kansas City Firefighters' Pension Fund understand that it owes a duty to all members of the proposed class to provide fair and adequate representation and to work diligently with class counsel to maximize the recovery for the Class.

8. I respectfully request that the court approve the Kansas City Firefighters' Pension Fund's choice of counsel to represent the class in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of January 2010.

Randall Landes, Vice Chairman
Board of Trustees
Firefighters' Pension System of the City of Kansas City, Missouri Trust