# EXHIBIT 3

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

.THE FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.. I, Randall Landes am Vice Chairman of the Board of Trustees for the Firefighters' Pension System of the City of Kansas City, Missouri Trust (the "Kansas City Firefighters' Pension System"). The Kansas City Firefighters' Pension System has designated Carney Williams Bates Bozeman & Pulliam, PLLC as its securities counsel in this litigation for all purposes.

2. I have reviewed the complaint against STEC, Inc.

3. The Kansas City Firefighter Pension System did not acquire STEC, Inc. stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. The Kansas City Firefighter Pension System is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. The Kansas City Firefighter Pension System will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Within the past three years the Kansas City Firefighter Pension System has once before sought to be a lead plaintiff in an action under the federal securities laws against UCBH Holdings, Inc.

7. The Kansas City Firefighter Pension System understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. The Kansas City Firefighters' Pension System's transactions in STEC, Inc. that are the subject to this action are set forth at Appendix A.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 5th day of January, 2010

**FIREFIGHTERS' PENSION SYSTEM OF THE CITY OF KANSAS CITY, MISSOURI TRUST**

By:

Randall Landes/Vice Chairman
Board of Trustees

## Stec, Inc. Kansas City Damages

| Avg. closing price for shares held 90 days after the class period: | $13.6820 |
|---|---|

Class Period: 06/16/2009 - 11/03/2009
Lead Plaintiff Deadline: 1/5/2010
Avg closing price: 11/4/09 - 11/10/09 (90 Day Max = 02/01/10)

| Account No. | Account Name | Shares Bought | | | Shares Sold | | | Total Gain/Loss |
|---|---|---|---|---|---|---|---|---|
| | | Date | # of Shares | $ Per Share | Date | # of Shares | $ Per Share | |
| 2626089 | KCFFR-ESSEX INVESTMENT CO - | 9/18/2009 | 11,673 | $31.9000 | | | | ($372,368.70) |
| 2626089 | KCFFR-ESSEX INVESTMENT CO - | | | | Held | 11,673 | $13.6820 | $159,709.99 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| TOTALS | | | 11,673 | | | 11,673 | | ($212,658.71) |

1/2/2010 10:19 AM

Stec, Inc. Kansas City Damages