**EXHIBIT 4**

**KANSAS CITY FIREFIGHTERS' PENSION FUND**
**STEC, INC.**

*Shares Purchased*

| Date Purchased | Amount Purchased | Purchase Price |
| --- | --- | --- |
| 9/18/2009 | 11,673 | $31.9000 |