MARK I. LABATON
**KREINDLER & KREINDLER LLP**
707 WILSHIRE BLVD., SUITE 4100
LOS ANGELES, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
mlabaton@kreindler.com

DARRIN L. WILLIAMS
RANDALL K. PULLIAM
**CARNEY WILLIAMS BATES BOZEMAN
      & PULLIAM, PLLC**
11311 Arcade Drive, Suite 200
Little Rock, Arkansas 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
dwilliams@carneywilliams.com
rpulliam@carneywilliams.com

Attorneys for Proposed Lead Plaintiff
The Firefighters' Pension System of the
City of Kansas City, Missouri Trust

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADI SAKHAI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, RAYMOND D. COOK, J.P. MORGAN SECURITIES INC., DEUTSCHE BANK SECURITIES INC., BARCLAYS CAPITAL INC. and OPPENHEIMER & CO. INC.,<br><br>                    Defendants. | Case No.   CV 09-01306-JVS-MLG<br><br>**[PROPOSED] ORDER FOR CONSOLIDATION OF RELATED CASES, APPOINTING LEAD PLAINTIFF, THE KANSAS CITY FIREFIGHTERS' PENSION SYSTEM, AND APPROVING THEIR SELECTION OF COUNSEL**<br><br>Hearing Date: TBD |

Case No. CV 09-01306-JVS-MLG                                    PROPOSED ORDER

| | | |
|---|---|---|
| FRED JEAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI,<br><br>    Defendants. | Case No. | CV 09-01304-JVS-MLG |
| FRED GREENWALD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, and MARK MOSHAYEDI,<br><br>    Defendants. | Case No. | CV 09-01315-JVS-MLG<br>(Related Case) |
| DANIEL MUNTER, individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK,<br><br>    Defendants. | Case No. | CV 09-01320-JVS-MLG<br>(Related Case) |

| | |
|---|---|
| JONATHAN FISCHER, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>         vs.<br><br>STEC, INC., MANOUCH MOSHAYEDI, MARK MOSHAYEDI, AND RAYMOND D. COOK,<br><br>                      Defendants. | Case No.   09-08536-JVS-MLG<br>                (Related Case) |

## [PROPOSED] ORDER

This Court, having considered the Motion of the Firefighters' Pension System of the City of Kansas City, Missouri, Trust (the "Kansas City Firefighters' Pension System") for Consolidation of Related Cases, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel, the Memorandum of Points and Authorities and the Declarations of Mark I. Labaton and Randall Landes in support thereof, as well as any opposition and reply papers, hereby orders as follows:

1. The actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a);

2. The Kansas City Firefighters' Pension System is hereby appointed as lead plaintiff for the Class pursuant to and Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Carney Williams Bates Bozeman & Pulliam, PLLC is appointed as lead counsel, and the law firm of Kriendler & Kriendler LLP is appointed as liaison counsel.

**SO ORDERED this _____ day of _____, 2010.**

# CERTIFICATE OF SERVICE

I, Mark I. Labaton, hereby declare under penalty of perjury as follows:

I am a citizen of the United States and am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Blvd., Suite 4100, Los Angeles, CA 90017.

On January 5, 2010, I electronically filed the following **[PROPOSED] ORDER FOR CONSOLIDATION OF RELATED CASES, APPOINTING LEAD PLAINTIFF, THE KANSAS CITY FIREFIGHTERS' PENSION SYSTEM, AND APPROVING THEIR SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 5, 2010

/s/ Mark I. Labaton
Mark Labaton